1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336/Fax: (702) 388-6418
5  jared.l.grimmer@usdoj.gov
   *Attorneys for the United States*

6

7                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,            Case No. 2:22-mj-00387-NJK

9              Plaintiff,               **Stipulation for an Order**
                                        **Directing Probation to Prepare**
10     v.                               **a Criminal History Report**

11 FERNANDO PEREZ-LLAMAS,
       aka "Luis Fernando Perez,"
12     aka "Luis Perez-Llamas,"
       aka "Luis Fernando Perez-Llamas,"
13     aka "Osvaldo Torres-Panduro,"

14             Defendant.

15

16      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

17 Frierson, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney,

18 counsel for the United States of America, and Raquel Lazo, Assistant Federal Public

19 Defender, counsel for Defendant FERNANDO PEREZ-LLAMAS, that the Court direct

20 the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

21      This stipulation is entered into for the following reasons:

22      1.      The United States Attorney's Office has developed an early disposition

23 program for immigration cases, authorized by the Attorney General pursuant to the

24

1  PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has

2  extended to the defendant a plea offer in which the parties would agree to jointly request an

3  expedited sentencing immediately after the defendant enters a guilty plea.

4      2.      The U.S. Probation Office cannot begin obtaining the defendant's criminal

5  history until after the defendant enters his guilty plea unless the Court enters an order

6  directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of

7  a defendant's initial appearance when charged by indictment.

8      3.      The U.S. Probation Office informs the government that it would like to begin

9  obtaining the criminal history of defendants eligible for the early disposition program as

10 soon as possible after their initial appearance so that the Probation Office can complete the

11 Presentence Investigation Report by the time of the expected expedited sentencing.

12     4.      Accordingly, the parties request that the Court enter an order directing the

13 U.S. Probation Office to prepare a report detailing the defendant's criminal history.

14     DATED this 18th day of May, 2022.

15                                      Respectfully Submitted,

16

   RENE L. VALLADARES                  JASON M. FRIERSON
17 Federal Public Defender             United States Attorney

18
   /s/ Raquel Lazo                     /s/ Jared L. Grimmer
19 RAQUEL LAZO                         JARED L. GRIMMER
   Assistant Federal Public Defender  Assistant United States Attorney
20 Counsel for Defendant FERNANDO
   PEREZ-LLAMAS

21

22

23

24

                                      2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00387-NJK |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| FERNANDO PEREZ-LLAMAS, <br>    aka "Luis Fernando Perez," <br>    aka "Luis Perez-Llamas," <br>    aka "Luis Fernando Perez-Llamas," <br>    aka "Osvaldo Torres-Panduro," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 18th day of May, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3