# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO PEREZ-LLAMAS,<br>　aka "Luis Fernando Perez,"<br>　aka "Luis Perez-Llamas,"<br>　aka "Luis Fernando Perez-Llamas,"<br>　aka "Osvaldo Torres-Panduro,"<br><br>　　　　Defendant. | Case No. 2:22-cr-00177-JAD-EJY<br><br>**Order Unsealing Case**<br><br>ECF No. 19 |

　　Upon consideration and review of the Government's motion:

　　IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Fernando Perez-Llamas,* is unsealed.

　　**DATED** this 6th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　United States District Judge