UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO PEREZ-LLAMAS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00177-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 21 |

　　Based om the parties' stipulation and good cause appearing, IT IS ORDERED that the hearing for Waiver of Indictment, Filing of an Information, Initial Appearance, Plea and Sentencing currently scheduled for Wednesday, October 12, 2022, at 10:30 a.m., be vacated and continued to November 10, 2022 at 2:00 p.m.

　　DATED this 10th day of October, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE